# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ, | Case No. 1:16-cv-01655-BAM (PC) |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S OBJECTION LETTER TO CLERK OF COURT |
| v. | |
| D. DAVEY, | (ECF No. 19) |
| Defendant. | |

Plaintiff Ricardo Martinez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's filing entitled "Objection Letter to the Clerk of the Court," filed December 4, 2017. (ECF No. 19.)

In his letter, Plaintiff states that on October 10, 2017, Plaintiff sent objections and an amended complaint, but these documents were returned to him on November 7, 2017. Plaintiff re-sent the documents the same day. On November 28, 2017, Plaintiff signed an incoming legal mail invoice so he could receive legal mail from the Court. However, Officer Cevellos refused to give Plaintiff his legal mail. Plaintiff appears to request that the Clerk of the Court re-send the legal mail he signed for on November 28, 2017. (ECF No. 19.)

Plaintiff is advised that the Court has received no filings from Plaintiff in the instant action since the motion to appoint counsel and first amended complaint filed on July 13, 2017.

1

1  (ECF Nos. 17, 18.)  Plaintiff is further informed that no orders have been issued from the Court in
2  the instant action since July 14, 2017, when the Court denied Plaintiff's motion to appoint
3  counsel.  (ECF No. 18.)  Plaintiff is advised that there are no pending deadlines in this action.
4  Plaintiff's first amended complaint, filed on July 13, 2017, will be screened in due course.
5       Accordingly, Plaintiff's request for the Clerk of the Court to re-send the Court's order
6  issued on or around November 28, 2017, (ECF No. 19), is DENIED as moot.

IT IS SO ORDERED.

Dated: **December 8, 2017**          /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE